UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America.

    Plaintiff,

v.

Marcus Deangelo Lewis,

    Defendant.
_____/

Criminal Case No. 07-20283-4

Honorable Sean F. Cox

**ORDER**

On May 20, 2011, Defendant Marcus Deangelo Lewis ("Defendant") filed a "Motion to Clarify Sentence Pursuant to FED. R. CRIM. P., Rule 36." This Court denied that Motion in an Order issued on August 22, 2011. (Docket Entry No. 366). Thereafter, Defendant filed a motion seeking reconsideration of that Order. This Court denied that motion in an order issued on November 10, 2011. (Docket Entry No. 371).

On or about July 23, 2013, the Court received a letter from Defendant. The Court construes this letter as an additional motion seeking clarification of his sentence. **IT IS ORDERED** that the motion is **DENIED** for the same reasons this Court denied Defendant's prior motions. (*See* Docket Entry Nos. 366 & 371).

**IT IS FURTHER ORDERED** that the Court **will not** construe any future letters to the Court from Defendant as motions. Rule 47(a) of the Federal Rules of Criminal Procedure requires that "[a] party applying to the court for an order must do so by motion." FED. R. CRIM. P. 47(a). Letters such as Defendant's July 23, 2013 letter, which was not accompanied by a proof of service indicating that it was served on the Government, constitute *ex parte*

1

communications. Defendant is advised that the Court will not review or respond to any additional *ex parte* communications from Defendant, including letters or telephone calls.

    **IT IS SO ORDERED**.


Dated: October 15, 2013                                        S/ Sean F. Cox
                                                                            Sean F. Cox
                                                                            U. S. District Court Judge


I hereby certify that on October 15, 2013, the foregoing document was served upon counsel of record by electronic means and upon Marcus Lewis by First Class Mail at the address below:

Marcus D. Lewis # 12882-039
FCI Milan
P. O. Box 1000
Milan, MI 48160


Dated: October 15, 2013                                        S/ J. McCoy
                                                                            Case Manager